**EXHIBIT 1:** Screengrab of Video

