**EXHIBIT 2:** Infringement

URL: https://www.tmz.com/2024/11/28/pro-palestine-protesters-arrested-macys-thanksgiving-parade/

